■ In the Matter of JOHNNY MOJICA, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents. [670 NYS2d 807] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney-General has advised this Court by letter that the determination under review in this proceeding has been administratively reversed and all references thereto have been expunged from petitioner's records. Because petitioner has received all the relief to which he is entitled, the matter is moot and the petition is dismissed (*see, Matter of Martin v Henderson*, 159 AD2d 867).

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.